# EXHIBIT "A"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

**Charge Presented To:** [ ] FEPA  [X] EEOC

**Agency(ies) Charge No(s):** 440-2025-08027

Illinois Department of Human Rights — State or local Agency, if any — and EEOC

**Name** (indicate Mr., Ms., Mrs., Mx.): Mr. Cong Wang

**Street Address:** c/o Mohammed O. Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148  **Email:** (mbadwan@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| The University of Chicago | 20+ | 773-702-1234 |

**Street Address:** 5801 S ELLIS AVE  **City, State ZIP:** CHICAGO, IL, 60637-5418  **Email:** rjones16@uchicago.edu

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  | 15+ |  |

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION  [ ] OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11/22/2024   Latest: 11/22/2024
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Cong Wang (41 years old), was denied employment by The University of Chicago on the basis of my age.

I am currently 41 years old. I earned my PhD in Physical Chemistry in 2010.

On February 17, 2023, I reached out to Professor Laura Gagliardi, to share my updated qualifications and inquire about current or upcoming opportunities. At this time, she was teaching at the University of Chicago, and I was very interested in joining the professor's research group, the Gagliardi group. I noted that I had not been selected for the position when I applied in or around 2019 but that I had greatly enhanced my relevant experience since that time. She responded that there were no openings.

On or about August 9, 2024, I again reached out to Professor Laura Gagliardi to inquire about potential post-doctoral opportunities in her research group, to no avail.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Date:** 07 / 03 / 2025

**Charging Party Signature:** /s/

**NOTARY** – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: b5e2ee6dcd98169a5f26f4a9f4c6171ee02b14b6

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about November 22, 2024, I again applied for a post-doctorate associate position with Professor Laura Gagliardi. I expressed my interest in the post-doctoral position relating to "Localized Quantum Chemistry Algorithms for Quantum Computers" in collaboration with Dr. Mario Motta, that had been advertised on LinkedIn. I noted how the position aligned well with my experience.

That same day, I received an email from the professor rejecting my application. In the email, the professor wrote: "You have reached out to me several times. I appreciate your expertise and interest in my group. However, I do not hire people who are as senior as you are (you had your PhD in 2010). I encourage you to apply elsewhere."

In sum, I was not selected for the position because of my age. The professor's comment about not hiring someone "as senior as you are (you had your PhD in 2010)" directly references the length of time since I earned my PhD and, by implication, my age. This policy or practice of rejecting applicants based on the seniority of their degree and/or PhD graduation year disproportionately impacts individuals age 40 or older, including myself.

Thus, I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act of 1967, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

07 / 03 / 2025
Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: b5e2ee6dcd98169a5f26f4a9f4c6171ee02b14b6

**EEOC Received: 07-07-2025**

  Audit trail

Title
File name
Document ID
Audit trail date format
Status

## Document History

| | | |
|---|---|---|
| SENT | 07 / 02 / 2025 | 14:59:01 UTC |
| VIEWED | 07 / 02 / 2025 | 17:45:14 UTC |
| SIGNED | 07 / 03 / 2025 | 20:06:03 UTC |
| COMPLETED | 07 / 03 / 2025 | 20:06:03 UTC |

Powered by Dropbox Sign