**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Cong Wang
                        Plaintiff,

v.                                            Case No.: 1:25−cv−08865
                                                               Honorable John J. Tharp Jr.

The University of Chicago
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 26, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for leave to file an amended complaint [16] is taken under advisement. Defendant's response is due by 10/6/2025. The response deadline is stricken and will be reset after ruling on the motion to amend. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.