## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cong Wang

                    Plaintiff,

v.                                     Case No.: 1:25–cv–08865
                                                      Honorable John J. Tharp Jr.

The University of Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's unopposed motion for leave to file an amended complaint [16] is granted. The deadline to answer or otherwise respond to the complaint [15] is 10/29/2025. Defendant's motion to dismiss the original complaint [12] is denied without prejudice as moot in light of the filing of the amended complaint. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.